1

2

3

4

5

6 UNITED STATES DISTRICT COURT

7 NORTHERN DISTRICT OF CALIFORNIA

8

9 LARVESTER J. JOHNSON, JR.,

Case No. 17-cv-04053-WHO (PR)

Plaintiff,

10

**ORDER OF DISMISSAL**

v.

11

12 MAGUIRE CORRECTIONAL
FACILITY,

13 Defendant.

14

15       Mail sent by the Court to plaintiff Johnson was returned as undeliverable more than

16 60 days ago. Accordingly, the action is DISMISSED without prejudice because Johnson

17 failed to keep the Court apprised of his current address pursuant to Civil Local Rule 3-

18 11(b) and because he failed to prosecute this matter pursuant to Fed. R. Civ. P. 41(b).

19       The Clerk shall enter judgment in favor of defendant, and close the file.

20       **IT IS SO ORDERED.**

21 **Dated:** January 5, 2018



22

23 WILLIAM H. ORRICK
United States District Judge

24

25

26

27

28