UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARVESTER J. JOHNSON, JR., Plaintiff, v. RON HARRIS, et al., Defendants. | Case No. 17-cv-04053-WHO (PR) **ORDER OF DISMISSAL** |

Johnson has not complied with the order to file an amended complaint if he wanted to proceed with this case, because I previously dismissed it. Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the order and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Johnson may move to reopen. Any such motion must contain an amended complaint that complies in all respects with the instructions in the Order Dismissing the Complaint with Leave to Amend. (Dkt. No. 42.)

The Clerk shall enter judgment in favor of defendants and close the file.

**IT IS SO ORDERED.**

**Dated:** April 26, 2019



WILLIAM H. ORRICK
United States District Judge